# EXHIBIT A



Secure Processing Center
P.O. Box 680
Central Islip, NY 11722-0680

***********AUTO**5-DIGIT 42001    T-3
Laura A. Salin                    P-1

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

February 25, 2026

Dear Laura A. Salin:

The Orthopaedic Institute of Western Kentucky ("OIWK"), which ended its practice on December 31, 2023, and now operates as Mercy Health – Western Kentucky Orthopedics, is committed to protecting the privacy and security of our patients' information. We are writing to inform you about a cybersecurity incident that involved a third-party vendor, Keystone Technologies, and involved some of your information. This letter includes details about what occurred, the steps we are taking, and steps you can take in response.

**What Happened?** Keystone Technologies is a healthcare IT consulting and services firm that provided managed services for OIWK. We recently learned of a cybersecurity incident that occurred on certain computer systems hosted by Keystone Technologies. We quickly began an investigation with the assistance of an external forensic firm. The investigation determined that an unauthorized third-party gained access to the systems between July 19 and August 1, 2025, and obtained certain files. We conducted a detailed review and analysis of the files involved and, on January 15, 2026, identified certain OIWK patient information.

**What Information Was Involved?** The files involved included your name and one or more of the following: date of birth, address, medical record number, health insurance information, and/or treatment information. Please note OIWK's electronic medical record system and Mercy Health's IT systems and electronic medical record systems were **not** involved or affected by this incident.

**What We Are Doing.** We take this matter very seriously. To help prevent something like this from happening again, we are transitioning the data maintained by Keystone Technologies to Mercy Health's internal systems.

**What You Can Do.** Although we have no indication the information involved in this incident has been misused for fraud or identity theft, as a precaution, we encourage you to review your medical bills and explanation of benefits forms for any unusual activity. If you see any suspicious charges or activity, contact your insurance company or healthcare provider immediately.

**For More Information.** We sincerely regret any concern this incident may cause you. If you have any questions, please contact us at 877-421-8639, Monday through Friday, 9:00 a.m. to 9:00 p.m. EST, except holidays.

Sincerely,

The Orthopaedic Institute of Western Kentucky